UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-0069-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| DEL FRISCO'S OF NEVADA, INC.; etc., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 20 , 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __10th__ day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge