

DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone:  (702) 862-3300
Facsimile:   (702) 737-7705
E-mail: dmc@jonesvargas.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MICHAEL NELSON,

               Plaintiff,

vs.

DEL FRISCO'S OF NEVADA, INC.;
ROES I through X,

               Defendants.

Case No.:  2:11-cv-00069-KJD-RJJ

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

The parties hereto, by and through their attorneys, stipulate that the above-captioned matter, including all claims, having been fully compromised and settled, is dismissed with prejudice and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | all parties are to bear their own costs and attorney's fees.

2 |     DATED this _____ day of June, 2011.

3 |                                         JONES VARGAS

4 |

5 |                                         By_____
                                               DOUGLAS M. COHEN, ESQ.

6 |                                             Nevada Bar No. 1214
                                               3773 Howard Hughes Parkway

7 |                                             Third Floor South
                                               Las Vegas, Nevada 89169

8 |                                             Telephone: (702) 862-3300
                                               Facsimile:  (702) 737-7705

9 |                                             E-mail: dmc@jonesvargas.com
                                               *Attorneys for Plaintiff*

10 |                                        SHANKMAN LEONE, P.A.

11 |

12 |                                        By_____
                                               DAVID S. SHANKMAN, ESQ.

13 |                                            Florida Bar No. 0940186
                                               609 East Jackson Street, Suite 100

14 |                                            Tampa, Florida  33602
                                               Telephone: (813) 223-1099

15 |                                            Facsimile:  (813) 223-1055
                                               E-mail: dshankman@shankmanleone.com

16 |                                            ANDRE M. LAGOMARSINO, ESQ.
                                               Nevada Bar No. 6711

17 |                                            PARKER SCHEER LAGOMARSINO
                                               610 South Seventh Street

18 |                                            Las Vegas, Nevada  89101
                                               Telephone: (702) 383-2864

19 |                                            Facsimile:  (702) 383-0065
                                               E-mail: andre@parkerscheer.com

20 |
                                               *Attorneys for Defendant*

21 |

22 |

23 |

24 |                                        IT IS SO ORDERED:

25 |

26 |                                        _____
                                           UNITED STATES DISTRICT JUDGE

27 |                                        DATED:_____ 6/10/11

28 |

Page 2 of 2